## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: ___17-28909___ |
| Antonio Calderon | Chapter: ___7___ |
| | Judge: ___KCF___ |

---

### NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:  Jeanne A. Naughton, Clerk
> United States Bankruptcy Court
> United States Courthouse
> 402 East State Street
> Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson, U.S.B.J.___ on ___January 16, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:  Avon Drive D3
> East Windsor, New Jersey
> Valued at $90,000.00

> Liens on property:  Bank of America, $95,102.00
> and $9,816.00

> Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:  Karen E. Bezner, Trustee   /s/  Karen E. Bezner

Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.:  (908) 322-8484

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-28909-KCF
Antonio Calderon                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 20, 2017
                             Form ID: pdf905       Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db            #+Antonio Calderon,     205 Exeter Street,    Highland Park, NJ 08904-3733
aty            +Audrey Wisotsky,     Pepper Hamilton LLP,    301 Carnegie Center,    Suite 400,
                 Princeton, NJ 08540-6589
517071924     +1KML Law Group, P.C.,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517071925     +American Way,    665 NJ-33,    Hightstown, NJ 08520
517071926     +American Way Condominium,    665 NJ-33,    Hightstown, NJ 08520
517071928     +Atlantic Spine Center-WO,    855 Lehigh Ave Suite 204,    Union, NJ 07083-7631
517071929    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 15026,    Wilmington, DE 19886)
517071930     +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
517071931     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517071932     +David P Carroll Court Officer,     PO Box 1196,    Caldwell, NJ 07007-1196
517071934     +FMA Alliance, Ltd.,     P.O. Box 2409,    Houston, TX 77252-2409
517071935     +HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
517071939      Lourdes Medical Center of Burlington Cty,    PO Box 822112,    Philadelphia, PA 19182-2112
517071943     +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517071940     +Medicredit, Inc,    PO Box 1629,    Maryland Heights, MO 63043-0629
517071941     +Mercer County Court, Special Civil Part,    P.O. Box 8068,    Trenton, NJ 08650-0068
517071944      Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
517071945     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517071946     +Optimum Outcomes Inc,    2651 Warrenville Road,    Downers Grove, IL 60515-5544
517071948     +PSF Professional Service Fund,    200 Trenton Road,    Browns Mills, NJ 08015-1705
517071947     +Pepper Hamilton LLP,    301 Carnegie Center Suite 400,    Princeton, NJ 08540-6589
517071949     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517071950      Robert Wood Johnson Medical Group,    P.O. Box 15278,    Newark, NJ 07192-5278
517071952     +Shane & White, LLC,    1676 Route 27,    Edison, NJ 08817-3595
517071953     +Twin Rivers Homeowners Association,    92 Twin Rivers Drive,    Hightstown, NJ 08520-5213
517071933    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5239
               (address filed with court: Elan Financial Service,     Po Box 790084,    Saint Louis, MO 63179)
517071954     +University Radiology Group,    P.O. Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 22:39:46     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 22:39:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517071927     +E-mail/Text: legal@arsnational.com Dec 20 2017 22:39:34     ARS National Services, Inc,
                 PO Box 1259,   Oaks, PA 19456-1259
517071937      E-mail/Text: cio.bncmail@irs.gov Dec 20 2017 22:39:25     Internal Revenue Service,
                 44 South Clinton Ave,    Trenton, NJ 08601
517071942     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2017 22:39:43     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517071951      E-mail/Text: rwjebn@rwjbh.org Dec 20 2017 22:40:24     Robert Wood Johnson Univeristy Hospital,
                 P.O. Box 15448,   Newark, NJ 07192-5448
517075536     +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:05     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 7

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517071938*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Services,     P.O. Box 9052,
                 Andover, MA 01810-9052)
517071936*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Dec 20, 2017
                              Form ID: pdf905          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com/KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com/KarenEBeznerEsq@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh   on behalf of Debtor Antonio  Calderon yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                          TOTAL: 6
```